AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  3:26-cv-00674

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Sebastian Robles Sanchez

was received by me on *(date)*          05/13/2026                 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  On 5/13/26 I caused defendant Sebastian Robles Sanchez to be served with the documents
listed below via certified mail, return receipt requested in accordance with the terms of
paragraph 13 of the Motor Vehicle Lease between plaintiff and defendant underlying the
claims alleged in the complaint.

My fees are $       0.00       for travel and $       0.00       for services, for a total of $       0.00       .

I declare under penalty of perjury that this information is true.

Date:      05/19/2026

_____
*Server's signature*

Ana Berns, Paralegal, Zeisler & Zeisler, P.C.
*Printed name and title*

10 Middle Street, 15th Floor, Bridgeport, CT 06615

_____
*Server's address*

Additional information regarding attempted service, etc:
A copy of the Certified Mail Proof of Delivery is attached hereto as Exhibit A. I caused the following to be served on
defendant Sebastian Robles Sanchez via Certified Mail: i) the Summons, ii) Complaint, iii) Corporate Disclosure
Statement, iv) Order on Pre-Trial Deadlines, v) Electronic Filing Order for Civil Cases, vi) Standing Protective Order,
vii) Notice to Counsel re AI Usage, vii) Notice of Option to Consent to Magistrate Judge Jurisdiction, viii) Notice to
Counsel and Self-Represented Parties, ix) Order to Show Cause, x) Plaintiff's Response to Order to Show Cause, xi)
Supplemental Corporate Disclosure Statement, and xii) the Order to Show Cause Satisfied.

# EXHIBIT A


**UNITED STATES
POSTAL SERVICE**

Mailer: Zeisler & Zeisler PC

Date Produced: 05/19/2026

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8375 0175 44. Our records indicate that this item was delivered on 05/18/2026 at 03:02 p.m. in KATY, TX 77493. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :          **2415 LEGENDS WAY, KATY, TX 77493**

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

SEBASTIAN ROBLES SANCHEZ
2415 LEGENDS WAY
KATY TX 77493-3014

Customer Reference Number:          C6828180.41836615
Return Reference Number          14151